1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATRICK DUNGAN, et al., | No. 2:24-cv-02394-DAD-DMC |
| Plaintiff, | |
| v. | ORDER REFERRING MOTION TO MAGISTRATE JUDGE |
| COUNTY OF SHASTA, et al. | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending *pro se* motion for a temporary restraining order filed by plaintiffs James Patrick Dungan and Lacey Ranee Dungan (Doc. No. 22) is hereby referred to United States Magistrate Judge Dennis Cota for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated:  **October 27, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1